## (June 9, 1970)

■ In the Matter of VANDER L. BEATTY, Respondent, v. JOHN L. PHILLIPS, JR., Appellant, et al., Respondents.— In a proceeding to invalidate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for nomination for the public office of Member of the Assembly for the 54th Assembly District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered June 4, 1970, which declared said petitions invalid. Judgment reversed, on the law, without costs, and proceeding remitted to Special Term, Part I, of the Supreme Court, Kings County, for determination on the merits of the objections. The questions of fact have not been considered on this appeal. In our opinion, the service of the order to show cause was adequate to confer jurisdiction. We remit for a hearing on the merits of the objections. Special Term should not have sustained the objections without hearing proof. Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

## (June 10, 1970)

■ In the Matter of LEO F. CUOMO, Respondent, v. BOARD OF ELECTIONS FOR THE COUNTY OF SUFFOLK et al., Respondents, and JAMES MELTON, Appellant.— In a proceeding to validate petitions designating petitioner, Leo F. Cuomo, as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for the Party position of Member of the State Committee for the Third Assembly District, Suffolk County, the appeal is by an objector from a judgment of the Supreme Court, Suffolk County, entered June 4, 1970, which validated said designating petitions, overruled the objections and directed that petitioner's name be placed on the ballot. Judgment affirmed, without costs. No opinion. Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

■ In the Matter of GERHARD H. ROBERTS et al., Respondents, v. BOARD OF ELECTIONS FOR THE COUNTY OF SUFFOLK et al., Respondents, and VINCENT J. HAND, Appellant.— In a proceeding to validate petitions designating petitioners, Gerhard H. Roberts and Ingeborg F. Roberts, as candidates in the Democratic Party Primary Election to be held on June 23, 1970 for the Party position of Member of the County Committee for the 26th Election District, Third Assembly District, Town of Islip, Suffolk County, the appeal is by an objector from a judgment of the Supreme Court, Suffolk County, entered June 4, 1970, which validated said designating petitions, overruled the objections and directed that petitioners' names be placed on the ballot. Judgment affirmed, without costs. No opinion. Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.